IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-CR-222-S |
| v. | |
| ABDUL HADI MURSHID (01)<br>MUHAMMAD SALMAN NASIR (02)<br>LAW OFFICES OF D. ROBERT JONES PLLC (03)<br>and<br>RELIABLE VENTURES, INC. (04) | |

### GOVERNMENT'S MOTION TO UNSEAL INDICTMENT

The United States of America ("the Government"), by and through the undersigned Assistant United States Attorney, moves for an order unsealing the indictment returned by the Grand Jury in the above-captioned criminal case. Previously, the Government had requested that the indictment remain sealed until such time as the defendants were apprehended, or until further order of the Court. The defendants were apprehended this morning. Therefore, the Government respectfully requests that the indictment be unsealed at this time.

Dated this 22nd day of May 2025.

Respectfully submitted,

CHAD E. MEACHAM
ACTING UNITED STATES ATTORNEY

TIFFANY H. EGGERS
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600; Fax: 214-659-8806
Email: Tiffany.Eggers@usdoj.gov