# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | |
|---|---|
| JUDGE:   REBECCA RUTHERFORD | |
| DEPUTY CLERK:  L. Price | COURT REPORTER/TAPE NO: FTR |
| LAW CLERK: | USPO/PTSO: |
| INTERPRETER: | COURT TIME: 7mi |
| A.M.          P.M. | DATE:  May 23, 2025 |

☐MAG. NO.          ☐DIST. CR. NO.  3:25-cr-00222-S *SEALED*          USDJ Judge Karen Gren Scholer

UNITED STATES OF AMERICA                         §          _____Daniel Chung_____, AUSA
                                                 §
v.                                               §          _____ ☐
                                                 §
                                                 §
                                                 §          _____Tim Menchu_____ ☐
MUHAMMAD SALMAN NASIR (2)                         §          COUNSEL FOR DEFENDANTS APPT – (A), Retd – (R), FPD – (F)

☑INITIAL APPEARANCE  ☐IDENTITY  ☐BOND HEARING  ☐PRELIMINARY HEARING
☐ DETENTION HEARING  ☐COUNSEL DETERMINATION HEARING  ☐REMOVAL HEARING  ☐EXTRADITION HEARING
☐ HEARING CONTINUED ON _____  CASE NO. _____  ☐OTHER DISTRICT  ☐DIVISION
☐ DATE OF FEDERAL ARREST/CUSTODY:  5/22/25  _____
☐ RULE 5/32  ☐APPEARED ON WRIT
☑DEFT FIRST APPEARANCE. DEFT ADVISED OF RIGHTS/CHARGES  ☐PROBATION/SUPERVISED RELEASE VIOLATOR
☑DEFT FIRST APPEARANCE WITH COUNSEL.
☐ DEFT  ☐MW (MATERIAL WITNESS) _____  APPEARED  ☐WITH  ☐WITHOUT COUNSEL
☑REQUESTS APPOINTED COUNSEL.
☑FINANCIAL AFFIDAVIT EXECUTED.
☐ ORDER APPOINTING FEDERAL PUBLIC DEFENDER.
☐ PRIVATE COUNSEL APPOINTED _____
☐ DEFT HAS RETAINED COUNSEL _____
☐ ARRAIGNMENT SET  ☑DETENTION HEARING SET  May 30, 2035 @ 10an _____

☐ PRELIMINARY HEARING SET _____  ☐BOND HEARING SET _____
☐ COUNSEL DETERMINATION HEARING SET _____
☐ IDENTITY/REMOVAL HEARING SET _____
☐ BOND  ☐SET  ☐REDUCED TO $ _____  ☐CASH  ☐ SURETY  ☐10%  ☐ PR  ☐UNS  ☐3RD PTY  ☐MW
☐ NO BOND SET AT THIS TIME, ____ DAY DETENTION ORDER TO BE ENTERED.
☑ORDER OF TEMPORARY DETENTION/COMMITMENT PENDING HEARING ENTERED.
☐ ORDER OF DETENTION PENDING TRIAL ENTERED.
☐ DEFT ADVISED OF CONDITIONS OF RELEASE.
☐ BOND EXECUTED  ☐DEFT  ☐MW RELEASED  ☐STATE AUTHORITIES  ☐INS
☑DEFT  ☐MW  REMANDED TO CUSTODY.
☐ DEFT ORDERED REMOVED TO ORIGINATING DISTRICT.
☐ WAIVER OF  ☐PRELIMINARY HEARING  ☐RULE 5/32 HEARING  ☐DETENTION HEARING
☐ COURT FINDS PROBABLE CAUSE  ☐ID  ☐PC.
☐ DEFT FAILED TO APPEAR. ORAL ORDER FOR ISSUANCE OF BENCH WARRANT.
☐ GOVERNMENT TO NOTIFY FOREIGN CONSULAR.
☑FED. R. CRIM. P. 5(f)(1) ORAL ORDER ISSUED.  WRITTEN ORDER TO FOLLOW.

☐ REMARKS:_____

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
MAY 23 2025
CLERK, U.S. DISTRICT COURT
By_____ Deputy