# United States District Court
# Northern District of Texas
Dallas Division

FILED-USDC-NDTX-DA
'25 MAY 27 AM11:48
km

UNITED STATES OF AMERICA

V.

Abdul Hadi Murshid

## SEALED WARRANT FOR ARREST

CASE NUMBER: 3:25-CR-0222-S (01)

MAG. CASE NUMBER: ____________

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Abdul Hadi Murshid

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☒ Sealed Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

charging him or her with:

Conspiracy to Commit Offense and Defraud the United States; False and Fraudulent Statements in Immigration Documents; Conspiracy to Commit Money Laundering; Racketeer Influenced and Corrupt Organizations Act Conspiracy; Procurement of Citizenship or Naturalization Unlawfully

in violation of Title 18

United States Code, Section(s)

371 (18 U.S.C. 1546(a)); 1546(a) and 2; 1956(h) and 1956(a)(1)(B)(i); 1962(d); 1425(b)

Karen Mitchell, U.S. District Court Clerk
Name and Title of Issuing Officer

Karen Mitchell
Signature of Issuing Officer

UNITED STATES DISTRICT COURT ★ NORTHERN DISTRICT OF TEXAS ★

U.S. Magistrate Judge Rebecca Rutherford
Judge

5/21/2025
Date

Dallas, TX
Location

s/A. Monserrate
(By) Deputy Clerk

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

1432 Benavites, Little Elm, TX

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 5/21/25 | FBI | |
| DATE OF ARREST 5/22/25 | Brant Dobby, TFO | Brant Dobby |

FBI 11810775