# UNITED STATES DISTRICT COURT

Northern                          **DISTRICT OF**                          Texas

United States of America

V.

Abdul Murshid & Muhammad Nasir

## EXHIBIT AND WITNESS LIST

Case Number:  3:25-CR-222-S

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Judge Rebecca Rutherford | Ted Hocter & Jongwoo Chung, AUSAs | Chris Knox & Tim Menchu |
| TRIAL DATE (S)<br>06/09/2025 | COURT REPORTER<br>Recording Device | COURTROOM DEPUTY<br>Lavenia Price |

| PLF.<br>NO. | DEF.<br>NO. | DATE<br>OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 6/9/2025 | Yes | | Photos of 7 firearms found in Abdul Hadi Murshid's attic on 5/22/2025 |
| 2 | | 6/9/2025 | Yes | | Firearms Trace Summary for Keltec CNC purchased by Abdul Hardi Murshid on 7/2/2023 |
| 3 | | 6/9/2025 | Yes | | Fireams Trace Summary for Ruger Precision rifle purchased by Abdul Hadi Murshid on 6/5/2023 |
| 4 | | 6/9/2025 | Yes | | Receipts for the purchase of jewelry between 11/2/2020 and 9/28/2022 |
| 5 | | 6/9/2025 | Yes | | In re Seizure of Texans CU Box 128, 3:25-MJ-538-BW - Search Warrant and Photo of Return |
| 6 | | 6/9/2025 | Yes | | In re Seizure of Texans CU Box 130, 3:25-MJ-539-BW - Search Warrant and Photo of Return |
| 7 | | 6/9/2025 | Yes | | Photos of jewlery and $50,000 in U.S. Currency seized from Boxes 128 and 130 |
| 8 | | 6/9/2025 | Yes | | Summary Chart of overseas transactions Xoom & Remitly Records for Murshid and Nasir |
| 9 | | 6/9/2025 | Yes | | Paypal Xoom records for Murshid and Farzana Kausar between 9/2024 and 11/2024 |
| 10 | | 6/9/2025 | Yes | | U.S. CBP Encounter History Records for Abdul Hadi Murshid |
| 11 | | 6/9/2025 | Yes | | U.S. CBP Encounter History Records for Muhammad Salman Nasir |
| 12 | | 6/9/2025 | Yes | | U.S. CBP Encounter Detail re Outbound Flight to DOHA International, Qatar on 5/22/2025 |
| 13 | | 6/9/2025 | Yes | | Records for Murshid's purchase of 1432 Benavites Drive, refinance, and transferring title |
| 14 | | 6/9/2025 | Yes | | JPMorgan Chase Records for Haleema Khan's Savings account ending in 8922 |
| 15 | | 6/9/2025 | Yes | | JPMorgan Chase Records for Haleema Khan's Checking account ending in 9964 (see GX 26) |
| 16 | | 6/9/2025 | Yes | | FBI 302s for 11/14/2024 with "contracts," 11/26/2024, and 4/28/2025 and I-797 dated - A |
| 17 | | 6/9/2025 | Yes | | Three Check from the Offices of Robert D. Jones dated 3/3/2025 to USCIS for S.M. Noshad |
| 18 | | 6/9/2025 | Yes | | FBI 302s for 10/3/2024 and 10/23/2024 - T.A.D. |
| 19 | | 6/9/2025 | Yes | | FBI 302s for 10/15/2024, 10/29/2024 with chats and "contract," and 11/4/2024 - C.T. |
| 20 | | 6/9/2025 | Yes | | FBI 302s for 10/30/2024 for H.A. |
| 21 | | 6/9/2025 | Yes | | FBI 302s for 5/17/2024 and 7/3/2024 for M.A.S. |
| 22 | | 6/9/2025 | Yes | | FBI 302s for 10/21/2024 and 10/28/2024 for S.K. |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)

# EXHIBIT AND WITNESS LIST – CONTINUATION

| United States of America | | | vs. | Abdul Murshid & Muhammad Nasir | CASE NO. 3:25-CR-222-S |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 23 | | 6/9/2025 | Yes | | FBI 302 dated 8/27/2024 for A.B. |
| 24 | | 6/9/2025 | Yes | | FBI 302 dated 5/22/2025 for R.S. |
| 25 | | 6/9/2025 | Yes | | 18 U.S.C.A. 1451(e) |
| 26 | | 6/9/2025 | Yes | | Chase Letter re balance in acct. ending in 9964 re Seizure Warrant, 3:25-MJ-533-BW (see GX15) |
| 27 | | 6/9/2025 | Yes | | Firearms Trace Summary for S&W M&P 15-22 purchased by Abdul Murshid on 07/09/2019 |
| 28 | | 6/9/2025 | Yes | | Firearms Trace Summary for Palmetto State AK-103 purchased by Abdul Murshid on 04/19/2024 |
| 29 | | 6/9/2025 | Yes | | Firearms Trace Summary for Citadel Boss-25 purchased by Abdul Murshid on 03/11/2024 |
| 30 | | 6/9/2025 | Yes | | Firearms Trace Summary for CZ Scorpion EVO 3 S1 purchased by Abdul Murshid on 07/07/2023 |
| 31 | | 6/9/2025 | Yes | | Sealed Search Warrant Affidavit, 3:25-CR-MJ-522 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |