IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ABDUL HADI MURSHID (01)
MUHAMMAD SALMAN NASIR (02)
LAW OFFICES OF D. ROBERT JONES PLLC (03)
and
RELIABLE VENTURES, INC. (04)

NO.  3:25-CR-00222-S

## BILL OF PARTICULARS
## REGARDING PROPERTY SUBJECT TO FORFEITURE

Pursuant to Federal Rule of Criminal Procedure 32.2(a), the United States of

America, by the undersigned, particularly notices that the following additional property is

subject to forfeiture under the forfeiture notice in the Indictment filed in this case at Dkt.

1:

$96.80 in funds from Chase Bank account #x9964 in the name of Haleema Khan.

Miscellaneous jewelry found in a chest of drawers located inside the residence at 4060 Woodbine Lane, Prosper, Texas, including a Bulova Precisionist Watch, Serial Number: C9771170; and a Tag Heuer Carrera Watch with 18K Yellow Gold Accents, Serial Number: BRD9228.

Miscellaneous designer handbags from the master bedroom closet located inside the residence at 4060 Woodbine Lane, Prosper, Texas, including a Black Louis Vuitton Purse; Black Gucci Purse; Purple Louis Vuitton Clutch/Purse; Blue Louis Vuitton Purse; White Louis Vuitton Purse; Pink Versace Purse; Tan Louis Vuitton Purse; Tan and White Fendi Purse; White Chanel Purse; and a Deep Purple Chanel Purse.

Miscellaneous jewelry seized from Safe Deposit Box #128 in the name of Haleema Khan at Texans Credit Union in Richardson, Texas, including a Pair

Government's Bill of Particulars – Page 1

of Hinged Bangle Bracelets in 22K Yellow Gold; Dangle Style Earrings in 22K Yellow Gold; Bib Style Necklace in 22K Yellow Gold; Ladies Ring in 22K Yellow Gold; Dangle Style Earrings in 22K Yellow Gold; and a Necklace in 22K Yellow Gold.

Miscellaneous jewelry seized from Safe Deposit Box #130 in the name of Haleema Khan at Texans Credit Union in Richardson, Texas, including Hinged Bangle Bracelet in 22K Yellow Gold with Dangling Beads. 62.34g; Hinged Bangle Bracelet in 22K Yellow Gold with Dangling Beads. 61.51g; Ring in 22K Yellow Gold with Simulated Diamonds/Polished Gold Accents; Pair of Dangle Style Earrings in 22K Yellow Gold; Gold Necklace in 22K Yellow Gold; Double Strand Necklace in Two Tone 22K Yellow Gold and White Gold; Dangle Style Earrings in Two Tone 22K Yellow Gold and White Gold; Diamond and Ruby Necklace in 22K Yellow Gold with Pendant; Diamond and Ruby Earrings in 22K Yellow Gold.

$50,000.00 U.S. currency seized from Safe Deposit Box #130 in the name of Haleema Khan at Texans Credit Union in Richardson, Texas.

$476.00 U.S. currency seized from the Law Offices of D. Robert Jones in Dallas, Texas.

$1,412.00 U.S. currency seized from the residence of Abdul Murshid located at 1432 Benavites Drive, Little Elm, Texas.

Miscellaneous Pakistani Rupees totaling $268.82 U.S. currency per Morningstar on 5/22/25 with an exchange rate of .0036.

The government may file supplemental bills of particulars as additional assets are identified and/or appraised. The government also reserves its rights to election of remedies regarding the disposition of the subject property as provided in law.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ John Penn*
John Penn
Assistant United States Attorney

**Government's Bill of Particulars – Page 2**

Indiana Bar No. 28722-29
Assistant United States Attorney
1100 Commerce St., Suite 300
Dallas, TX 75242-1699
T: 214-659-8600
F: 214-659-8805
Email: john.penn@usdoj.gov

**Government's Bill of Particulars – Page 3**