IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   3:25-CR-222-S |
| v. | |
| ABDUL HADI MURSHID (01)<br>MUHAMMAD SALMAN NASIR (02)<br>and<br>RELIABLE VENTURES, INC. (04) | |

**PARTIES JOINT MOTION FOR
<u>INTERLOCUTORY SALE OF REAL PROPERTY</u>**

The United States of America, by and through the United States Attorney for the

Northern District of Texas, Defendant Abdul Hadi Murshid, Defendant Muhammad

Salman Nasir, and Defendant Reliable Ventures (collectively, the "Parties"), by and

through counsel, jointly move this Court, pursuant to Rule 32.2(b)(7) of the Federal Rules

of Criminal Procedure, Rule G(7) of the Supplemental Rules for Admiralty or Maritime

Claims and Asset Forfeiture Actions, and the Court's inherent authority, for an order

authorizing the interlocutory sale of certain real property noticed as subject to forfeiture

in the above-captioned case.

### 1.    Background

On May 22, 2025, a federal grand jury returned an indictment charging Defendant

with, among other offenses, Conspiracy to Violate the Racketeer Influenced and Corrupt

Organizations Act ("RICO"), in violation of 18 U.S.C. § 1962(d).  Dkt. 1.  The

indictment provides notice that the United States intends to seek forfeiture of certain

**Parties Joint Motion for
Interlocutory Sale of Real Property – Page 1**

assets pursuant to 18 U.S.C. § 982(a)(6).  *Id.* at 53-65.  Among the properties identified as subject to forfeiture is the following real property located in Hunt County, Texas:

> All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1684 County Road 3318, Greenville, Texas 75402. (the "Property")

Although the United States Marshals Service has not taken the Property into physical custody, the United States has recorded a notice of *lis pendens* in connection with this proceeding.  The *lis pendens* provides notice to third parties and restrains transfer or encumbrance of the Property pending the outcome of the forfeiture case.

Defendants Murshid and Nasir, in their individual capacities and in their roles as directors of Defendant Reliable Ventures, Inc., have executed a written Consent and Authorization.  By that document, the individual defendants expressly consent to the interlocutory sale of the Property and confirm their authority to act on behalf of the institutional defendant, which remains unrepresented by counsel.

The Property is subject to continuing costs, potential deterioration, and risk of diminished value if it is not sold promptly.  An interlocutory sale will preserve the equity of the Property and ensure that the value is maintained pending final resolution of this action.

### 2.    Basis for Interlocutory Sale

Pursuant to Supplemental Rule G(7)(b) and Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure, the Court may order an interlocutory sale of property that is subject to forfeiture if good cause exists.  Good cause exists here because:

- The property is subject to continuing expenses related to taxes, insurance, and maintenance that will diminish its value;

- The property may be subject to waste, depreciation, or other damage if held pending the conclusion of this case; and

- An interlocutory sale will preserve the equity in the property for both the United States and Defendant, pending resolution of the forfeiture allegations.

Courts have also recognized that an interlocutory sale may be ordered where the parties consent, and where the sale is necessary to avoid waste or loss of value.

The Parties have conferred and agree that the sale of the Property is in the best interest of both parties.  To facilitate a commercially reasonable sale, the Parties further agree that Defendant may use the real estate agent previously contracted by Defendant to market and sell the Property, subject to oversight by the United States Marshals Service ("USMS"); Court approval of the listing agreement and any purchase contract; and no transfer of title occurring absent written approval by both the Court and the USMS.

The Court should also note that, in addition to their individual roles in this action, Defendants Murshid and Nasir purchased the Property in the name of Reliable Ventures, Inc.  Defendants Murshid and Nasir are listed as directors of Defendant Reliable Ventures, Inc.  The institutional defendant remains unrepresented by counsel despite being subject to these proceedings.  However, the individual defendants, acting in their capacity as directors of Defendant Reliable Ventures, Inc., have expressly authorized the interlocutory sale of the property on behalf of the entity.  Accordingly, the consent and authorization provided to the United States in support of the sale reflect both the

**Parties Joint Motion for**
**Interlocutory Sale of Real Property – Page 3**

individuals' personal positions and their authority to act on behalf of Defendant Reliable Ventures, Inc.

### 3.    Relief Requested

The Parties jointly request that the Court enter an order authorizing the interlocutory sale of the Property through a commercially reasonable process, including through the real estate agent previously retained by Defendants.  The United States and defendants further request that the Court's direct that the net proceeds of sale, after payment of reasonable and necessary costs of sale, be held in the Department of Justice's Seized Asset Deposit Fund or other appropriate escrow account pending further order of the Court; provide that the proceeds stand in place of the Property, subject to the existing *lis pendens* or further order of the Court; and reserve all rights, claims, and defenses of the parties with respect to the merits of the forfeiture action.

Respectfully submitted,

NANCY E. LARSON
ACTING UNITED STATES ATTORNEY

*/s/ Edward L. Hocter*
EDWARD L. HOCTER
Texas Bar No. 24121668
JONGWOO CHUNG
North Carolina Bar No. 52070
NICOLE DANA
Texas Bar No. 24062268
Assistant United States Attorneys
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8600
Facsimile:  214-659-8805
Email: ted.hocter@usdoj.gov