IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO.   3:25-CR-222-S |
| v. | |
| ABDUL HADI MURSHID (01)<br>MUHAMMAD SALMAN NASIR (02)<br>and<br>RELIABLE VENTURES, INC. (04) | |

### CONSENT AND AUTHORIZATION FOR INTERLOCUTORY SALE

We, the undersigned Defendants, Abdul Hadi Murshid and Muhammad Salman Nasir, hereby consent and agree as follows:

**1.      Consent to Interlocutory Sale**

We expressly consent to the interlocutory sale of the property described as "All that lot or parcel of land, together with its buildings, appurtenances, improvements, fixtures, attachments, and easements, located at 1684 County Road 3318, Greenville, Texas 75402" (the "Property"), currently subject to these proceedings.

**2.      Authority to Act for Institutional Defendant**

Defendants Murshid and Nasir, in addition to their individual capacities, serve as duly authorized directors of Defendant Reliable Ventures, Inc. In that capacity, they consent to and authorize the interlocutory sale of the Property on behalf of Defendant Reliable Ventures, Inc.

Consent – Page 1

**3.    Unrepresented Status of Institutional Defendant**

The Institutional Defendant, Reliable Ventures, Inc., remains unrepresented by counsel in this action. Notwithstanding that status, its directors, the undersigned individual Defendants, are authorized to act on its behalf and confirm such authorization through this Consent and Authorization.

**4.    Effect of Consent**

This Consent and Authorization is executed voluntarily and with the understanding that:

- The interlocutory sale will proceed pursuant to an order of this Court;

- The net proceeds of sale shall be substituted for the Property and held subject to further order of the Court; and

- This Consent and Authorization does not constitute a waiver of any defenses or claims of the undersigned, except with respect to the interlocutory sale itself.

_____
ABDUL HADI MURSHID

_____
MUHAMMAD SALMAN NASIR

_____
Chris Knox
Counsel for Abdul Hadi Murshid

_____
Tim Menchu
Counsel for Muhammad Salman Nasir

Institutional Defendant:
Reliable Ventures, Inc.

By: _____
(Director)

By: _____
(Director)

Consent – Page 2