IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | NO. 3:25-CR-222-S |
| v. | |
| ABDUL HADI MURSHID ET AL | |

**GOVERNMENT'S MOTION TO DESIGNATE
A CLASSIFIED INFORMATION SECURITY OFFICER**

The United States of America respectfully requests that the Court designate a

Classified information Security officer ("CISO"), pursuant to the Classified Information

Procedures Act, 18 U.S.C. App III ("CIPA") and Section 2 of the Security Procedures

established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and

promulgated pursuant to Section 9 of CIPA. In support of its motion, the Government states

the following:

1.    As stated in the Government's November 4, 2025 filing, this case involves

classified information. To assist the Court and court personnel in the handling of any

motions pursuant to CIPA and implementing any orders related to classified matters, the

Government requests that the Court designate Mr. Winfield S. "Scooter" Slade, Security

Specialist, to perform the duties and responsibilities prescribed for CISOs in the Security

Procedures promulgated by the Chief Justice.

2.    The government further requests that the Court designate the following

persons as Alternate CISO, to serve in the event Mr. Slade is unavailable: Jennifer H.

Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S.

Noble, and Harry J. Rucker.

Respectfully submitted,

RYAN RAYBOULD
UNITED STATES ATTORNEY

/s/ *Nicole Dana*
NICOLE DANA
Assistant United States Attorney
Texas Bar No. 24062268
EDWARD L. HOCTER
Assistant United States Attorney
Texas Bar No. 24121668
1100 Commerce Street, Suite 300
Dallas, Texas 75242
Telephone: (214) 659-8600
Facsimile: (214) 659-8808
Email: nicole.dana@usdoj.gov