IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

ABDUL HADI MURSHID ET AL

NO.  3:25-CR-222-S

## ORDER

The United States of America has filed a motion requesting that the Court designate a Classified Information Security Officer ("CISO"), pursuant to the Classified Information Procedures Act, 18 U.S.C. App III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by the Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA. The Court finds the motion well taken and GRANTS the motion.

The Court hereby designates Winfield S. "Scooter" Slade as the CISO in this case to perform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice.

The Court further designates the following persons as Alternate CISOs to serve in the event Mr. Slade is unavailable: Specialists Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

Ordered this _____ of _____ 2025.

_____
KAREN GREN SCHOLER
UNITED STATES DISTRICT JUDGE